# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2032

_____

LARRY RUSS and DONNA RUSS,

    Appellants,

    v.

THE BANK OF NEW YORK, as Trustee for the Certificate Holders CWALT Inc. Alternative Loan Trust 2006-43CB, Mortgage Pass-Through Certificates Series 2006-43CB,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Hentz McClellan, Judge.

January 26, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kelley A. Bosecker, St. Petersburg, for Appellants.

Dariel J. Abrahamy of Greenspoon Marder, P.A., Boca Raton, for Appellee.